## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR228** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **DESHUAN WHITFIELD,** | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

This matter is before the Court on defendant, DeShuan Whitfield's Unopposed Motion to Continue Trial [65].  The parties require additional time to resolve this matter short of trial after the Court's ruling on the defendant's suppression motion and the substitution of counsel for the government.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [31] is granted, as follows:

1.  The jury trial, now set for October 24, 2023, is continued to **January 2, 2024.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 2, 2024,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: October 5, 2023.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**