IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:22CR228 |
| vs. | ) ) ) | ORDER |
| DESHUAN WHITFIELD, | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on defendant's Motion to Continue Trial [77]. The parties require additional time to resolve this matter short of trial or to prepare for trial. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [77] is granted, as follows:

1. The jury trial, now set for February 6, 2024, is continued to **March 12, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 12, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: January 26, 2024**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge